AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
для
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00190 |
| Keonte Wilson | ) Assigned To: Judge Faruqui, Zia M. |
|  | ) Assign. Date: 8/29/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 28, 2025__ in the county of _____ in the Jurisdiction of the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS.

☑ Continued on the attached sheet.

*Complainant's signature*

Officer Anthony DelBorrell, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August 29, 2025.

Date: 08/29/2025

*Judge's signature*

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*