IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CRIMINAL NO. 25-mj-190 |
| v. | |
| **KEONTE WILSON,** | |
| **Defendant.** | |

### ORDER

Based on the representations in the unopposed Motion to Continue Preliminary Hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled preliminary hearing on October 3, 2025, be continued for good cause to October 10, 2025, at 10:00 a.m.; and it is further

**ORDERED** that the time between October 3, 2025, and October 10, 2025, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to provide and review discovery and negotiate a potential pretrial resolution.

Date: 10/2/2025

_____
HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

4