UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 25-CR-00318 |
| : | |
| KEONTE WILSON, : | |
| : | |
| : | |
| Defendant. : | |

### PARTIES' JOINT MOTION FOR A SCHEDULING ORDER[1]

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his attorney, hereby jointly move for a scheduling Order consistent with the proposed order attached hereto.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney
for the District of Columbia

By:  */s/ Thomas Saunders*
Thomas Saunders
Assistant United States Attorney
N.Y. Bar No. 4876975
National Security Section
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20579
Phone: (202) 252-7790

---

1 When this motion was originally filed, the proposed scheduling order was inadvertently omitted. The motion is being resubmitted with proposed order attached.