**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES**,<br><br>v.<br><br>**KEONTE WILSON**,<br><br>        Defendant. | No. 25-cr-318 (TSC) |

## <u>ORDER</u>

For the reasons explained in the Memorandum Opinion issued this day, Defendant's Motion to Suppress, ECF No. 24, is **GRANTED**.  It is hereby **ORDERED** that the firearm recovered from Defendant's person on August 28, 2025, is **SUPPRESSED**.

It is **SO ORDERED**.

Date: March 31, 2026

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge